**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Timothy Joseph McKinney, Appellant.

Appellate Case No. 2023-001693

———————

Appeal From Spartanburg County
R. Keith Kelly, Circuit Court Judge

———————

Unpublished Opinion No. 2026-UP-251
Submitted May 1, 2026 – Filed May 27, 2026

———————

**APPEAL DISMISSED**

———————

Deputy Chief Attorney for Capital Appeals David Alexander, of Columbia, and Timothy Joseph McKinney, pro se, both for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General Melody Jane Brown, both of Columbia; and Solicitor Barry Joe Barnette, of Spartanburg, all for Respondent.

———————

**PER CURIAM:**  Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**[2]

**THOMAS, MCDONALD, and TURNER, JJ., concur.**

---

[1] On April 13, 2026, this court received Appellant's motion to amend his pro se brief.  We grant the motion and accept the brief as filed.

[2] We decide this case without oral argument pursuant to Rule 215, SCACR.